IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR MIGUEL DE JESUS-RIJOS <br><br> Defendant. | **INDICTMENT** <br><br> CRIMINAL NO. 14- 722 (DRD) <br><br> VIOLATIONS: <br> 18 U.S.C. § 922(e) <br> 18 U.S.C. § 1715 <br><br> FORFEITURE: <br> 18 U.S.C. § 924(d)(1) <br> 28 U.S.C. § 2461(c) <br><br> SIX COUNTS |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Delivery Of Firearms By Common Carrier Without Notice**
(Title 18, United States Code, Section 922(e))

In or about September of 2012, but not later than September 19, 2012, the defendant,

**HECTOR MIGUEL DE JESUS RIJOS**

knowingly delivered or caused to be delivered to the United States Postal Service for transportation in shipment in interstate or foreign commerce, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, a package containing firearms as that term is defined in Title 18, United States Code, Section 921(a)(3), that are: one assault rifle with no caliber marking, bearing serial number 1987AS18728; the stock and lower receiver/trigger assembly of a PlumCrazy assault rifle, 5.56 Nato caliber, bearing serial number RM10967; and a MEGA assault rifle, model Gator, .223/5.56 caliber, bearing serial number MGA2020, without written notice to the carrier that such firearms were being transported in interstate and foreign commerce for delivery. All in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

## COUNT TWO
### Delivery Of Firearms By Common Carrier Without Notice
### (Title 18, United States Code, Section 922(e))

In or about September of 2012, but no later than September 21, 2012, the defendant,

**HECTOR MIGUEL DE JESUS RIJOS**

knowingly delivered or caused to be delivered to the United States Postal Service for transportation in shipment in interstate or foreign commerce, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, a package containing firearms as that term is defined in Title 18, United States Code, Section 921(a)(3), that are: one Romarm Draco 7.62x39mm caliber assault rifle bearing serial number DA-1542-12; one Glock model 23, .40 caliber pistol bearing serial number GZG194; one Glock model 23, .40 caliber pistol bearing serial number EHK493US; one Glock model 23, .40 caliber pistol bearing serial number TPR237; one Glock model 22, .40 caliber pistol bearing serial number CSS881US; one Glock model 22, .40 caliber pistol bearing serial number KHW161; one Glock model 30, .40 caliber pistol bearing serial number RNS067; one Glock model 30, .45 caliber pistol bearing serial number CDW118US; and one Glock, model 27, .40 caliber pistol bearing serial number TSS760. All in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

## COUNT THREE
### Delivery Of Firearms By Common Carrier Without Notice
### (Title 18, United States Code, Section 922(e))

In or about September of 2012, but no later than September 25, 2012, the defendant,

**HECTOR MIGUEL DE JESUS RIJOS,**

knowingly delivered or caused to be delivered to the United States Postal Service for transportation in shipment in interstate or foreign commerce, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, a package containing firearms as that term is defined in Title 18, United States Code, Section 921(a)(3), that are: one Romarm/Cugir 7.62x39mm caliber assault rifle bearing serial number DC-9279-11; and one assault rifle of unknown make and model bearing serial number 1989CS0916. All in violation of Title 18, United States Code, Sections 922(e), 2, and 924(a)(1)(D).

## COUNT FOUR
### Delivery Of Firearms By Common Carrier Without Notice
### (Title 18, United States Code, Section 922(e))

In or about September of 2012, but no later than September 26, 2012, the defendant,

**HECTOR MIGUEL DE JESUS RIJOS**

knowingly delivered or caused to be delivered to the United States Postal Service for transportation in shipment in interstate or foreign commerce, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, a package containing firearms as that term is defined in Title 18, United States Code, Section 921(a)(3), that are: one assault rifle of unknown make and model with no visible serial number; a Spikes Tactical Model ST-15 multi caliber assault rifle bearing serial number RM-12501; a Roggio Arsenal AR-15 assault rifle bearing serial number RA09020010; a Glock model 23, .40 caliber pistol bearing serial number SFR568; a Glock model 27, .40 caliber pistol bearing serial number DZD545US;

Case 3:14-cr-00722-DRD   Document 3   Filed 12/04/14   Page 4 of 7
*United States of America v. Hector Miguel De Jesus Rijos  Indictment*
*Page 4 of 7*

and one FNH model FNP-40, .40 caliber pistol bearing serial number 61CMV02479. All in violation of Title 18, United States Code, Sections 922(e), 2, and 924(a)(1)(D).

### COUNT FIVE
### Nonmailable Firearms
### (Title 18, United States Code, Section 1715)

In or about September of 2012, but not later than September 21, 2012, the defendant,

**HECTOR MIGUEL DE JESUS-RIJOS,**

knowingly deposited for mailing and delivery and knowingly caused to be delivered by mail via the United States Postal Service, firearms as that term is defined in Title 18, United States Code, Section 921(a)(3) capable of being concealed on the person, that are: one Glock model 23, .40 caliber pistol bearing serial number GZG194; one Glock model 23, .40 caliber pistol bearing serial number EHK493US; one Glock model 23, .40 caliber pistol bearing serial number TPR237; one Glock model 22, .40 caliber pistol bearing serial number CSS881US; one Glock model 22, .40 caliber pistol bearing serial number KHW161; one Glock model 30, .40 caliber pistol bearing serial number RNS067; one Glock model 30, .45 caliber pistol bearing serial number CDW118US; and one Glock, model 27, .40 caliber pistol bearing serial number TSS760. All in violation of Title 18, United States Code, Sections 1715.

### COUNT SIX
### Nonmailable Firearms
### (Title 18, United States Code, Section 1715)

In or about September of 2012, but not later than September 26, 2012, the defendant,

**HECTOR MIGUEL DE JESUS-RIJOS,**

knowingly deposited for mailing and delivery and knowingly caused to be delivered by mail via the United States Postal Service, firearms as that term is defined in Title 18, United States Code, Section 921(a)(3) capable of being concealed on the person, that are: one Glock pistol, model 23,

.40 caliber, bearing serial number SFR568; one Glock pistol, model 27, .40 caliber, bearing serial number DZD545US; and one FNH pistol, model FNP-40, .40 caliber, bearing serial number 61CMV02479. All in violation of Title 18, <u>United States Code</u>, Sections 1715.

## FORFEITURE
### Firearms Forfeiture
(Title 18, <u>United States Code</u>, Section 924(d)(1) & Title 28, <u>United States Code</u>, Section 2461(c))

The allegations set forth in Counts One through Six are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, <u>United States Code</u>, Sections 924(d)(1) and Title 28, <u>United States Code</u>, Section 2461(c).

Upon conviction of any of the offenses charged in Counts One through Six of this Indictment,

**HECTOR MIGUEL DE JESUS RIJOS,**

the defendant herein, shall forfeit to the United States, pursuant to Title 18, <u>United States Code</u>, Section 924(d)(1) and Title 28, <u>United States Code</u>, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: one assault rifle with no caliber marking, bearing serial number 1987AS18728; the stock and lower receiver/trigger assembly of a PlumCrazy assault rifle, 5.56 Nato caliber, bearing serial number RM10967; a MEGA assault rifle, model Gator, .223/5.56 caliber, bearing serial number MGA2020; one Romarm Draco 7.62x39mm caliber assault rifle bearing serial number DA-1542-12; one Glock model 23, .40 caliber pistol bearing serial number GZG194; one Glock model 23, .40 caliber pistol bearing serial number EHK493US; one Glock model 23, .40 caliber pistol bearing serial number TPR237; one Glock model 22, .40 caliber pistol bearing serial number CSS881US; one Glock model 22, .40 caliber pistol bearing serial number KHW161; one Glock model 30, .40 caliber pistol bearing serial number RNS067; one Glock model 30, .45 caliber pistol bearing serial number CDW118US; one Glock, model 27, .40 caliber pistol bearing serial number TSS760; one Romarm/Cugir 7.62x39mm caliber assault rifle bearing serial number DC-9279-11; one assault rifle of unknown make and model bearing serial

number 1989CS0916; one Spikes Tactical assault rifle, model ST-15, bearing serial number RM-12501; one Roggio Arsenal assault rifle, model AR-15, bearing serial number RA09020010; one Glock pistol, model 23, .40 caliber, bearing serial number SFR568; one Glock pistol, model 27, .40 caliber, bearing serial number DZD545US; and one FNH pistol, model FNP-40, .40 caliber, bearing serial number 61CMV02479.

TRUE BILL.

FOREPERSON
Date: December 4, 2014

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

José A. Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

Jose Capo-Iriarte
Assistant United States Attorney
Chief, Violent Crimes Unit

Alexander L. Alum
Assistant United States Attorney
Violent Crimes Unit